1

2

3

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

4

5

6

7

8

9

10

| | |
|---|---|
| RODOLFO BARRETO RAMIREZ <br><br>        Plaintiff, <br><br>      v. <br><br> AMERICOLD LOGISTICS; AND DOES 1 THROUGH 100, INCLUSIVE <br><br>        Defendant. | Case No. 1:14-cv-01695-SKO <br><br> **STIPULATION TO MODIFY THE SCHEDULING ORDER TO EXTEND THE EXPERT DISCOVERY DEADLINE AND TRIAL DATE; ORDER THEREON** <br><br> Complaint Filed: August 11, 2014 <br> Trial Date:      June 28, 2016 |

11

12

13

14

     Plaintiff Rodolfo Barreto Ramirez and Defendant AmeriCold Logistics LLC, though their respective counsel, respectfully request the Court modify its pretrial scheduling order (ECF No. 14) to extend the deadline on expert discovery and the trial date.   Good cause exists to extend these deadlines.

15

16

     1.    The Parties request the Court extend the trial date from June 28, 2016 to sometime after November 15, 2016, as well as extending the pretrial filing deadlines.

17

18

19

     2.    Counsel for Defendant AmeriCold Logistics LLC, Jill Cartwright, is pregnant and her due date is July 7, 2016.  Her due date conflicts with the current trial date of June 28, 2016. Ms. Cartwright plans to take maternity leave from June 20, 2016 to October 3, 2016.

20

21

     3.    Ms. Cartwright has another trial scheduled to begin on October 14, 2016 in Sonoma County Superior Court.  The trial is expected to last two weeks.

22

23

24

25

     4.    The Parties request a trial continuance to allow for Ms. Cartwright's maternity leave and to allow her time to prepare for trial in this case after her trial in Sonoma County Superior Court concludes at the end of October 2016.  The Parties also request an extension of pretrial filing deadlines to correspond with the new trial date.

26

27

28

     5.    The Parties also request an extension on expert discovery deadlines to allow the Parties additional time to negotiate settlement and for the Court to rule on Defendant's anticipated Summary Judgment Motion.

1        6.       The parties propose the following expert discovery deadlines:  May 9, 2016 (initial

2   expert disclosures); May 23, 2016 (rebuttal expert disclosures); June 13, 2016 (expert discovery

3   deadline).

4        7.       On December 4, 2015, the Parties attended a settlement conference before

5   Magistrate Judge Boone.  The Parties made significant steps towards resolving the litigation but

6   were unable to do so at the settlement conference.

7        8.       The Parties are continuing their negotiations to settle the case.  Extending the

8   expert discovery deadline will give the Parties time to settle the case before making significant

9   expenditures on expert discovery.  It will also allow the Court time to decide Defendant's

10  anticipated motion for summary judgment or partial summary judgment.  Both Parties believe that

11  increased litigation costs for expert discovery with hinder their efforts to settle the litigation.

12       9.       This is the Parties' second request to modify the Scheduling Order

13       10.     Therefore, pursuant to the Court's scheduling order (ECF No. 14) and Local Rule

14  143, the Parties herby submit this stipulation for modification of the pretrial scheduling order

15  (ECF No. 14).

16

17  DATED:  January 19, 2016          RANCAÑO & RANCAÑO

18

19                         By:    */s/ Violeta Diaz* (as authorized on 1/19/16)
20                             David C. Rancano
                           Tejinderpal S. Sanghera
21                             Violeta Diaz

22                         Attorneys for Plaintiff
                       RODOLFO BARRETO RAMIREZ

23

24  DATED:  January 19, 2016          OGLETREE, DEAKINS, NASH, SMOAK &
                       STEWART, P.C.

25

26                         By:    */s/ Jill V. Cartwright*
                           Stuart D. Tochner
27                             Jill V. Cartwright

28                         Attorneys for Defendant
                       AMERICOLD LOGISTICS, LLC

1                    Case No. 1:14-cv-01695-SKO

1

**ORDER**

2        Good cause having been shown, the parties' stipulation is granted as to the extension of the

3   expert discovery deadlines, and the pre-trial conference and trial dates have also been extended.

4   The extended dates are as follows:

5        1.    Expert Disclosures              May 9, 2016

6        2.    Rebuttal Expert Disclosures     May 23, 2016

7        3.    Expert Discovery                July 29, 2016[1]

8        4.    Non-dispositive motion filing   June 13, 2016

9        5.    Non-dispositive motion hearing  July 13, 2016

10       6.    Pre-Trial Conference            October 5, 2016, at 2 p.m.

11       7.    Trial                           December 6, 2016, at 8:30 a.m.

12       The parties have not requested any change to the dispositive motion filing or hearing

13  deadlines, thus those remain set as March 1, 2016, and April 6, 2016, respectively.  (Doc. 16.)

14
    IT IS SO ORDERED.

15

16  Dated:    **January 22, 2016**                    **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27  [1] The parties are reminded that, as set forth in the scheduling order, "[c]ompliance with the discovery deadlines
    requires motions to compel to be filed *and heard sufficiently* in advance of the discovery deadline so that the Court
28  may grant effective relief within the allotted discovery time."  (Doc. 14, 4:8-10.)  For this reason, and because the
    continued trial date permits such an extension, the expert discovery deadline shall be extended to July 29, 2016.

2                                       Case No. 1:14-cv-01695-SKO
STIPULATION TO MODIFY THE SCHEDULING ORDER; ORDER THEREON