**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODOLFO BARRETO RAMIREZ<br><br>          Plaintiff,<br><br>     v.<br><br>AMERICOLD LOGISTICS; AND DOES 1 THROUGH 100, INCLUSIVE<br><br>          Defendant. | Case No. 1:14-cv-01695-SKO<br><br>**JOINT STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(1)(A)(II);  ORDER**<br><br>Complaint Filed:  August 11, 2014<br>Trial Date:           June 28, 2016 |

1  Plaintiff Rodolfo Barreto Ramirez and defendant AmeriCold Logistics, by their respective counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate and agree that the above-captioned action should be dismissed in its entirety and with prejudice as to each of Plaintiff's claims, and with each party to bear his or its own costs and attorneys' fees.

IT IS SO STIPULATED:

DATED:  March 21, 2016                    RANCAÑO & RANCAÑO


By:   */s/ Violeta Diaz* (as authorized on 3/21/16)
          David C. Rancano
          Tejinderpal S. Sanghera
          Violeta Diaz

Attorneys for Plaintiff
RODOLFO BARRETO RAMIREZ


DATED:  March 21, 2016                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:   /s/ *Jill V. Cartwright*
          Stuart D. Tochner
          Jill V. Cartwright

Attorneys for Defendant
AMERICOLD LOGISTICS, LLC

**ORDER**

Based on the parties' stipulation, this case has been dismissed with prejudice by operation of law.  The Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **March 21, 2016**                                    **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE